# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

BILLY MACK NICHOLS, JR.,
ADC #92713                                                                                PLAINTIFF

v.                                            No. 2:19-cv-73-DPM

PATRICK DRUMMOND, APN, EARU
Max; HURSTINE, Doctor, EARU Max;
and ARKANSAS DEPARTMENT OF
CORRECTION, Medical Department                                              DEFENDANTS

## ORDER

1. Motion to correct, № 24, granted. The Court has reviewed Nichols's objections and judicial notice, № 19 & № 21, as outlined in his notice of correction.

2. On *de novo* review, the Court adopts Magistrate Judge Volpe's recommendation, № 14, and overrules Nichols's objections and supplemental papers, № 15–16, № 19–23 & № 25; FED. R. CIV. P. 72(b)(3). The Court has previously concluded that Nichols's foot-care concerns don't meet the imminent danger exception. *E.g., Nichols v. Peppers-Davis*, No. 5:14-cv-448-BSM *(№ 129 & № 137)*; *Nichols v. Blair*, No. 5:15-cv-249-KGB *(№ 6 & № 18)*; *Nichols v. Jones*, 5:16-cv-28-DPM *(№ 19 & № 35)*; *Nichols v. Drummond*, No. 2:16-cv-91-DPM *(№ 15)*; *Nichols v. ADC*, 2:18-cv-119-JM *(№ 3 & № 6)*. And nothing in his new complaint changes that conclusion. Though Nichols disagrees with the treatment he's receiving,

it doesn't appear he's currently in imminent danger of serious physical injury relating to his feet.

Nichols's most recent paper mentions a tuberculosis diagnosis and insufficient treatment. That new issue is beyond the points raised in this case. If Nichols believes he has a solid and exhausted TB-related claim, he should file a new case giving particulars, and the Court will consider whether the imminent-danger exception applies to that issue.

Nichols's complaint will be dismissed without prejudice for failure to pay the filing fee. 28 U.S.C. § 1915(g). If he wants to pursue this case, then he must pay $400 (the filing and administrative fees) and file a motion to reopen this case by 25 September 2019. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 August 2019