IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BILLY MACK NICHOLS, JR.,
ADC #92713                                                          PLAINTIFF

v.                      No. 2:19-cv-73-DPM

PATRICK DRUMMOND, APN, EARU
Max; HURSTINE, Doctor, EARU Max;
and ARKANSAS DEPARTMENT OF
CORRECTION, Medical Department                                      DEFENDANTS

## JUDGMENT

Nichols's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 August 2019