# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

BILLY MACK NICHOLS, JR.
ADC #92713                                                PLAINTIFF

v.                        No. 2:19-cv-73-DPM

PATRICK DRUMMOND, APN,
EARU Max; HURSTINE, Doctor,
EARU Max; and ARKANSAS
DEPARTMENT OF CORRECTION,
Medical Department                                        DEFENDANTS

## ORDER

Post-judgment motion, № 29, denied. Nothing in Nichols's new paper warrants relief from the Court's Judgment and final Order. № 26 & № 27.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 September 2019