# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

BILLY MACK NICHOLS, JR.
ADC #92713                                                                PLAINTIFF

v.                      No. 2:19-cv-73-DPM

PATRICK DRUMMOND, APN,
EARU Max; HURSTINE, Doctor,
EARU Max; and ARKANSAS
DEPARTMENT OF CORRECTION,
Medical Department                                                       DEFENDANTS

## ORDER

1. Post-judgment motions, № 31 & 33, denied. Nothing in Nichols's new papers warrants relief from the Court's Judgment and final Order. № 26 & № 27. As the Court previously stated, if Nichols believes he's exhausted a solid TB-related claim, then he must file a new case — not seek to reopen this one. This case is closed.

2. Motion for extension, № 32, granted. Notice of appeal due by 25 October 2019. FED. R. APP. P. 4(a)(5).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 October 2019